UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC BRIAN LEBLUE, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CATES, et al., <br><br>　　　　Defendants. | Case No.: 1:21-cv-1430 JLT GSA (PC) <br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH COURT ORDER <br><br>(Doc. 8.) |

　　　　The assigned magistrate judge recommended the action be dismissed for Plaintiff's failure to comply with the Court's order dated December 1, 2021. (Doc. 13.)  Plaintiff was granted 14 days in which to file objections to the Findings and Recommendations. (*Id.*)  In addition, Plaintiff was "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (Doc. 13 at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  The 14-day period expired, and Plaintiff did not file objections or otherwise respond to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

　　　　1.　　The Findings and Recommendations dated March 25, 2022 (Doc. 13), are **ADOPTED**.

2. This action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 21, 2022**

UNITED STATES DISTRICT JUDGE